No. 04–1357. GIBLER v. BARNHART, COMMISSIONER OF SOCIAL SECURITY (two judgments). C. A. 9th Cir. Certiorari denied.

No. 04–1370. PAYNE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–1405. BECKETT v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 04–1424. ALCAN ALUMINUM CORP. v. BULLARD. C. A. 6th Cir. Certiorari denied.

No. 04–1457. BOWEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–1464. ISAACKS ET AL. v. NEW TIMES, INC., DBA DALLAS OBSERVER, ET AL. Sup. Ct. Tex. Certiorari denied.

No. 04–1471. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–1476. STABILE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–7922. LIVELY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8212. LEAVITT v. ARAVE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8414. FRATTA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–8425. JEFFERSON v. FOUNTAIN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–8611. FIGEL v. RILEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–8869. WARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.